Louis R. Martinez, Esq. (LM9155)
Michael Maragoudakis, Esq. (MM8088)
MARTINEZ & RITORTO, P.C.
30 Wall Street, 8th Floor
New York, New York 10005
Tel. (212) 248-0800
*Attorneys for Non-Party*
JAMES F. IRVIN



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Subpoena served upon James F. Irvin. | Misc. No. 1:18-mc-0035 (GTS/CFH) |
| SAPPHIRE INTERNATIONAL GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, <br><br> Defendant. | Civil Action No.: S.D. Florida 18-cv-80101-BER <br><br> **NOTICE OF NON-PARTY WITNESS JAMES F. IRVIN'S MOTION TO QUASH SUBPOENA** |

**PLEASE TAKE NOTICE** that Non-Party Witness James F. Irvin (hereinafter "Mr. Irvin"), by his attorneys, Martinez & Ritorto, P.C., will move this Court on

_____ date and time, pursuant to Fed. R. Civ. P. 45(d)(3) and Fed. R. Civ. P. 26(c), quashing the Subpoena on Mr. Irvin in its entirety, and granting a Protective Order on behalf of Mr. Irvin, and/or any other relief the Court deems just and proper.

This Motion is based upon the Affirmation of Louis R. Martinez, Esq., dated the 9th day of November, 2018, the Exhibits annexed thereto, and Mr. Irvin's Memorandum of Law in support of this Motion.

Dated: New York, New York
         November 9, 2018

## ATTORNEY'S AFFIRMATION OF SERVICE

I, the undersigned, an attorney duly admitted to practice in the courts of the State of New York, state that I am one of the attorneys for Non-Party James F. Irvin., in the within action; on November 9, 2018, I served the following:

## NON-PARTY WITNESS
## JAMES F. IRVIN'S
## MOTION TO QUASH SUBPOENA

by forwarding copies to the following persons via first-class mail on November 9, 2018, at their last known addresses set forth below:

Elizabeth Lee Beck, Esq.
Beck & Lee,
12485 SW 137th Avenue, Ste 205
Miami, FL 33186
elizabeth@beckandlee.com

I affirm the foregoing statements are true, under penalties of perjury.

Dated: November 9, 2018

_____
Michael Maragoudakis

1